1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW FELTON ODOM,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN HOSHINO,<br><br>    Respondent. | No. CV 13-1630-BRO (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1     IT IS THEREFORE ORDERED that Judgment be entered denying the
2 petition and dismissing this action with prejudice.
3
4 Dated: March 30, 2015
5                                                           _____
6                                                           BEVERLY REID O'CONNELL
                                                          United States District Judge