ENTERED
CLERK, U.S. DISTRICT COURT
March 30, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
March 30, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW FELTON ODOM, | No. CV 13-01630-BRO (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| MARTIN HOSHINO, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: March 30, 2015

_____
BEVERLY REID O'CONNELL
United States District Judge